FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2021

No. 04-21-00031-CV

**IN THE INTEREST OF C.C., A CHILD**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01368
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellant's brief was due on March 15, 2021.  *See* TEX. R. APP. P. 38.6(a).  On the due date, Appellant filed a motion for a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED.  Appellant's brief is due on April 5, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court